No. A-CV-13-80

COURT OF APPEALS OF THE NAVAJO NATION

July 23, 1980

Aileen BENNETT and Lafie BENNETT, Appellants,

vs.

Henry GARNENEZ, Kimberly GARNENEZ, Luanne GARNENEZ, Henry GARNENEZ, JR., Pamela GARNENEZ, Appellees.

ORDER OF DISMISSAL

Robert J. Wilson, Esq., Navajo Legal Aid, Window Rock, Arizona for Appellee and John H. Yazzie, Esq., Flagstaff, Arizona, for Appellant.

The Chief Justice of the Navajo Nation, having reviewed the above entitled matter and Plaintiff's motion to dismiss appeal filed May 21, 1980, pursuant to Title 7, Section 801, of the Navajo Tribal Code, this appeal is HEREBY DISMISSED and Plaintiff's motion to dismiss appeal is HEREBY GRANTED on the grounds that Appellant has failed to comply with Rule 6(a) of the Navajo Court Rules of Appellate Procedure because the notice of appeal was not served upon Appellees by either certified mail or personal service.